# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMISON STIRILING<br><br>  Plaintiffs,<br>vs.<br><br>Automania, Inc a/k/a Andes Auto Finance, LLC<br><br>  Defendants. | CIVIL ACTION FILE NO.<br>1:24-cv-03558-MHC-JEM |

## STIPULATED MOTION TO DISMISS

**COMES NOW** Jamison Stirling, Plaintiff, *pro se*, and Automania, Defendant, by and through Counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), moving the Court to DISMISS with prejudice, the above captioned cause. In support thereof, the parties state the following:

1. The parties have reached a settlement, the terms of which are confidential and have been completely fulfilled by the parties.

2. The parties have agreed to be responsible for their own costs.

3. The parties have agreed to a stipulated Dismissal with prejudice.

4. There are no further issues which require adjudication.

WHEREFORE, the parties pray this Honorable Court will *DISMISS* the above captioned cause with prejudice.

Respectfully submitted this 9th day of October 2024.

*/s/ Jamison Stiriling*
Jamison Stiriling, *Pro Se Plaintiff*
2221 Peachtree Road NE D467
Atlanta, GA 30309
jamisonstiriling@gmail.com


/s/ Scott R. King
Scott R. King, Esq
SK LAW GROUP
Attorneys for Defendant Automania
5887 Glenridge Drive Suite 250
Atlanta, Georgia 30328 (404) 920-4492 scott@sklawgroupatl.com

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font, one of the font point selections approved by the Court in LR 5.1C.

This 9th day of October 2024.

*/s/ Jamison Stiriling*
Jamison Stiriling
*Pro Se Plaintiff*
2221 Peachtree Road NE D467
Atlanta, GA 30309
jamisonstiriling@gmail.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the parties **STIPULATED MOTION TO DISMISS** upon all parties to this matter by PACER or by email as follows:

| |
|---|
| Scott R. King, Esq <br> SK LAW GROUP <br> Attorneys for Defendant Automania <br> 5887 Glenridge Drive Suite 250 <br> Atlanta, Georgia 30328 (404) 920-4492 <br> scott@sklawgroupatl.com |

This 9th day of October 2024.

*/s/ Jamison Stiriling*
Jamison Stiriling
*Pro Se Plaintiff*
2221 Peachtree Road NE D467
Atlanta, GA 30309
jamisonstiriling@gmail.com